IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK M. EATON,<br><br>Defendant. | PO 15-5035-BLG-TJC<br><br>Violation No. FBFP0016<br>Location Code: M6H<br><br>**ORDER GRANTING MOTION TO DISMISS** |

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED. (Doc. 5.) The matter is dismissed, with prejudice as fully adjudicated.

IT IS FURTHER ORDERED that the warrant issued in the above-captioned case for Mark M. Eaton shall be QUASHED. The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 24th day of August, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge